UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 2:14-CR-120-2 |
| | : |
| KATHERINE MOECKEL, | : |
| Defendant. | : |

### ORDER

The Government's motion for an arrest warrant for the defendant is granted. The Government has also moved to seal such warrant, and related filings, in order to protect the safety of the arresting officers and prevent the flight of the defendant. For good cause shown this motion is also granted. It is ORDERED, that the Arrest Warrant, Motion for Revocation and Arrest Warrant, and the corresponding docket sheet are hereby sealed until the arrest of the defendant.

Dated at Burlington, in the District of Vermont, this 12th day of January, 2016.

CHRISTINA REISS
Chief Judge, United States District Court